111 A.3d 744

Raheem BROWN ex rel. COMMONWEALTH
of Pennsylvania, Petitioner

v.

Superintendent S.C.I. Coal Township Vincent
T. MOONEY, Respondent.

No. 17 EM 2015.

Supreme Court of Pennsylvania.

March 20, 2015.

## ORDER

PER CURIAM.

AND NOW, this 20th day of March, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.

111 A.3d 744

Leonard REEL, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA
COUNTY, Respondent.

No. 12 EM 2015.

Supreme Court of Pennsylvania.

March 20, 2015.

## ORDER

PER CURIAM.

AND NOW, this 20th day of March, 2015, the Application for Leave to File Original is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.